William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
DONALD HARNED


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | No. 2:14-CR-00043 GEB |
|---|---|
| Plaintiff, | **APPLICATION FOR TRANSPORTATION ORDER; ORDER FOR TRANSPORTATION** |
| v. | |
| LUDWIG et. al., | **18 U.S.C. § 4285** |
| Defendants. | Date: March 24, 2017 Time: 9:00 a.m. Judge: Hon. Garland E. Burrell |

**Procedural History**

In an Indictment filed February 20, 2014, defendant, Donald
Loyde Harned, was charged with conspiracy to defraud the United
States With False, Fictitious or Fraudulent Claims in violation
of 18 U.S.C. § 286 (Count 1) and False Claims Against the United
States in violation of 18 U.S.C. 287 (Counts 2-7).  Mr. Harned
was arrested and initially appeared in the Western District of
Oklahoma on February 26, 2014 pursuant to Federal Rule of
Criminal Procedure 5(c)(3). On February 27, 2014, Mr. Harned was
ordered released on a $5,000.00 unsecured bond and conditions of
release, and to report for further proceedings in the Eastern
District of California, Sacramento for further proceedings.

1

1    Mr. Harned made an initial appearance in Sacramento on

2 March 17, 2014, where he entered a not guilty plea to the pending

3 charges and the Court ordered his continued release on the

4 conditions of release imposed by the Western District of

5 Oklahoma.

6    Mr. Harned has a waiver of personal appearance on file and

7 has continued to reside in Oklahoma throughout the duration of

8 his pre-trial release.  A change of plea hearing is set for March

9 24, 2017, at which Mr. Harned's presence is required.

10    **Application**

11    Application is hereby made for an Order for Transportation

12 and subsistence allowance for defendant Donald Loyde Harned to

13 travel to California to attend the change of plea hearing and to

14 return to Oklahoma at the conclusion of the proceedings as

15 allowed under 18 U.S.C. § 4285.

16    Mr. Harned has advised counsel that he is without sufficient

17 funds to travel to and from Sacramento, California for the change

18 of plea hearing. Therefore, counsel is requesting that Mr. Harned

19 be allowed to fly in to Sacramento on March 23, 2017 to meet with

20 counsel and discuss his change of plea before his scheduled

21 appearance the following morning and to return to Oklahoma March

22 24, 2017 following the hearing or as soon thereafter as possible.

23 Dated: February 27, 2017          /s/ William E. Bonham
                                   _____
24                                   WILLIAM E. BONHAM
                                    Counsel for defendant
25                                    Donald Loyde Harned

26

27

28

2

1

**ORDER**

2    **To: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

3    This is to authorize and direct you to furnish defendant

4 Donald Loyde Harned with transportation and subsistence from the

5 Del City, Oklahoma area to Sacramento, California on March 23,

6 2017 and from Sacramento, California to Oklahoma on March 24,

7 2017.

8    Mr. Harned is indigent and financially unable to pay his

9 travel expenses to and from Sacramento, California. This request

10 is authorized pursuant to 18 U.S.C. § 4285.

11    IT IS SO ORDERED.

12 Dated:  March 7, 2017

13

14                                    _____

15                                    GARLAND E. BURRELL, JR.
                                     Senior United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28