```
1  Dustin D. Johnson (SBN: 234008)
   The Law Offices of Dustin D. Johnson
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4

5  Attorney for EDWIN FORREST LUDWIG, III
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Edwin Forrest Ludwig, III<br><br>　　　　　Defendant. | No.  2:14-cr-43 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUDGMENT AND SENTENCING AND MODIFY THE DISCLOSURE AND BRIEFING SCHEDULE**<br><br>Judge: Hon. Garland E. Burrell, Jr.<br>Time:  9:00 a.m.<br>Date:  July 14, 2017 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, AMY HITCHCOCK, Assistant United States Attorney, and DUSTIN D. JOHNSON, Counsel for EDWIN FORREST LUDWIG, III, and WILLIAM BONHAM, Counsel for DONALD LOYDE HARNED, that the Judgment and Sentencing hearing date of June 30, 2017 be vacated, the matter be set for Judgment and Sentencing on July 14, 2017 at 9:00 a.m. The reason for this continuance is to allow defense counsel additional time to review the proposed Pre-Sentence reports and the final Pre-Sentence report with their clients. Mr. Ludwig, III, and Mr. Harned each live out of state which makes providing them with a copy of the PSR and reviewing it with them more difficult than in most cases.

1

The probation officer has provided the following briefing schedule based on the new Judgment and Sentencing Date of July 14, 2017:

- Reply, or Statement of Non-Opposition: **July 7, 2017**
- Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: **June 30, 2017**
- The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: **June 16, 2017**
- Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: **June 9, 2017**
- The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: **May 19, 2017**

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

The probation officer has no objection to this briefing schedule.

Dated: March 31, 2017                Respectfully Submitted,

/s/ Dustin Johnson
DUSTIN D. JOHNSON
Attorney for Defendant
EDWIN FORREST LUDWIG, III

Dated: March 31, 2017                Respectfully Submitted,

/s/ William Bonham (via email)
WILLIAM BONHAM
Attorney for Defendant
DONALD LOYDE HARNED

Dated: March 31, 2017         PHILLIP TALBERT
                              United States Attorney

                              /s/ Amy Hitchcock (via email)
                              AMY HITCHCOCK
                              Assistant U.S. Attorney

```
1   Dustin D. Johnson (SBN: 234008)
    The Law Offices of Dustin D. Johnson
2   2701 Del Paso Road, Suite 130-155
    Sacramento, CA  95835
3   Phone: (877) 377-8070
    Fax: (916) 244-9889
4

5   Attorney for EDWIN FORREST LUDWIG, III

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  United States of America,      No.   2:14-cr-43 GEB

12           Plaintiff,             [PROPOSED] ORDER

13       v.                         Judge: Hon. Garland E. Burrell, Jr.
                                    Time:  9:00a.m.
14  Edwin Forrest Ludwig, III,      Date:  July 14, 2017

15           Defendant.
```

It is ordered that 1) the Judgment and Sentencing hearing date of June 30, 2017 is vacated, 2) the matter be set for Judgment and Sentencing on July 14, 2017 at 9:00 a.m, and 3) the following disclosure and briefing schedule be adopted:

- Reply, or Statement of Non-Opposition: **July 7, 2017**
- Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: **June 30, 2017**
- The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: **June 16, 2017**
- Counsel's written objections to the Pre-Sentence Report

4

```
 1        shall be delivered to the Probation Officer and opposing
 2        counsel no later than:  **June 9, 2017**
 3    •   The Proposed Pre-Sentence Report Shall be Disclosed to
 4        Counsel no Later Than: **May 19, 2017**
 5
          Dated:  May 2, 2017
 6
 7
 8                                   _____
                                     GARLAND E. BURRELL, JR.
 9                                   Senior United States District Judge
```