William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
DONALD HARNED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>LUDWIG et. al.,<br><br>        Defendants. | No. 2:14-CR-00043-GEB<br><br>**APPLICATION FOR TRANSPORTATION ORDER; [PROPSED] ORDER FOR TRANSPORTATION**<br><br>**18 U.S.C. § 4285**<br><br>Date: September 29, 2017<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

**Procedural History**

In an Indictment filed February 20, 2014, defendant, Donald Loyde Harned, was charged with conspiracy to defraud the United States With False, Fictitious or Fraudulent Claims in violation of 18 U.S.C. § 286 (Count 1) and False Claims Against the United States in violation of 18 U.S.C. 287 (Counts 2-7). Mr. Harned was arrested and initially appeared in the Western District of Oklahoma on February 26, 2014 pursuant to Federal Rule of Criminal Procedure 5(c)(3). On February 27, 2014, Mr. Harned was ordered released on a $5,000.00 unsecured bond and conditions of release, and to report for further proceedings in the Eastern District of California, Sacramento for further proceedings.

1

Mr. Harned made an initial appearance in Sacramento on March 17, 2014, where he entered a not guilty plea to the pending charges and the Court ordered his continued release on the conditions of release imposed by the Western District of Oklahoma.

Mr. Harned has a waiver of personal appearance on file and has continued to reside in Oklahoma throughout the duration of his pre-trial release. A change of plea hearing was held March 24, 2017, where Mr. Harned entered a guilty plea to Count 1.

Judgment and sentencing is scheduled for Friday, September 29, 2017 before this Court.

**Application**

Application is hereby made for an Order for Transportation and subsistence allowance for defendant Donald Loyde Harned to travel to California to attend judgment and sentencing as allowed under 18 U.S.C. § 4285. At sentencing, counsel will request that the Court allow Mr. Harned to self-surrender to the facility designated by the Bureau of Prisons for service of any custodial term imposed at sentencing at a later date as set by the Court. As such, counsel requests the Order of Transportation cover Mr. Harned's return to Oklahoma at the conclusion of the proceedings. Mr. Harned is aware of his obligation to arrange transportation to the facility designated by the Bureau of Prisons.

Mr. Harned has advised counsel that he is without sufficient funds to travel to and from Sacramento, California for judgment and sentencing. Therefore, counsel is requesting that Mr. Harned be allowed to fly in to Sacramento on September 28, 2017 to meet with counsel and discuss his judgment and sentencing before his

scheduled appearance the following morning and to return to Oklahoma September 29, 2017 following the hearing or as soon thereafter as possible.

Dated: September 20, 2017          /s/ William E. Bonham
                                   WILLIAM E. BONHAM
                                   Counsel for defendant
                                   Donald Loyde Harned

**ORDER**

**To: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This is to authorize and direct you to furnish defendant Donald Loyde Harned with transportation and subsistence from the Del City, Oklahoma area to Sacramento, California on September 28, 2017 and from Sacramento, California to Oklahoma on September 29, 2017 or as soon thereafter as possible.

Mr. Harned is indigent and financially unable to pay his travel expenses to and from Sacramento, California. This request is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

Dated: September 25, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE